Case 7:21-cv-00291 Document 16-1 Filed on 06/07/21 in TXSD Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RENRYDER, LLC, *et al*, | § | |
| Plaintiffs, | § § § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-091 |
| STEARNS BANK, LLC, | § § § | |
| Defendant. | § § | |

## AGREED FINAL JUDGMENT

The Court considered this Agreed Final Judgment of Plaintiffs RENRYDER, LLC, FEDERICO R. SANDOVAL and ARMANDINA L. SANDOVAL and Defendant STEARNS BANK, N.A.

The Plaintiffs are represented by Dennis Ramirez of the firm of the Law Office of Dennis Ramirez, PLLC. The Defendant is represented by Rick Zuniga of the firm of Atlas, Hall & Rodriguez, LLP.

The parties, as shown by their signatures below, announced to the Court that all matters of fact and things in controversy between them have been fully and finally compromised and settled and that entry of this Agreed Final Judgment is pursuant to the terms of the parties' agreement. The Court finds that the agreement of the parties should be enforced.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that that the claims of Plaintiffs RENRYDER, LLC, FEDERICO R. SANDOVAL and ARMANDINA L. SANDOVAL against all Defendant STEARNS BANK, N.A., are hereby dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claims of

# EXHIBIT A

Counter-Plaintiff STEARNS BANK, N.A., against Counter-Defendants RENRYDER, LLC, FEDERICO R. SANDOVAL and ARMANDINA L. SANDOVAL are hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the Defendant STEARNS BANK, N.A. shall have and recover from the Plaintiffs RENRYDER, LLC, FEDERICO R. SANDOVAL and ARMANDINA L. SANDOVAL, jointly and severally, judgment as follows:

1. The sum of One Million One Hundred Forty-Five Thousand Forty-Four and 60/100ths ($1,145,044.60) as of April 6, 2021;
2. Pre and Post Judgment interest of $173.53 per day from April 6, 2021 until paid; and
3. Reasonable and necessary attorneys' fees and expenses in the amount of $6,000.00 for the prosecution of this case through this judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that:

1. If any Plaintiffs file an unsuccessful motion for a new trial or other post-judgment motion, Defendant will additionally recover from any such Plaintiffs, jointly and severally, the amount of $7,500.00, representing the anticipated reasonable and necessary attorneys' fees and expenses that would be incurred by Plaintiff in responding thereto.

2. If any Plaintiffs unsuccessfully appeal this judgment to an intermediate court of appeals, Defendant will additionally recover from said Plaintiffs, jointly and severally, the amount of $20,000.00, representing the anticipated reasonable and necessary attorneys' fees and expenses that would be incurred by Defendant in defending the appeal.

3. If any Plaintiffs unsuccessfully appeal this judgment to the Supreme Court of Texas, Defendant will additionally recover from such Plaintiffs, jointly and severally, the amount of $30,000.00, representing the anticipated reasonable and necessary attorneys' fees and expenses that would be incurred by Defendant in defending the appeal.

4. All costs of court are taxed against the party incurring same.

6. All writs and processes for the enforcement and collection of this judgment or the costs of court may issue as necessary which includes but is not

limited to the non-judicial foreclosure of the property owned by Federico R. Sandoval and Armandina L. Sandoval located at 904 N Flag St. & 910 N Flag St. Pharr, TX 78577; and

7. All relief requested in this case and not expressly granted is denied. This judgment disposes of all parties and issues, and is final and appealable.

SO ORDERED June 7, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge

APPROVED AND AGREED TO AS TO FORM
AND CONTENT:

/s/Rick A. Zuniga

Susan Sullivan USDC
No. 13144
Texas State Bar No. 11546700
Email: ssullivan@atlashall.com
Rick A. Zuniga
Texas State Bar No. 24084148 USDC
No. 1682846
Email: rzuniga@atlashall.com ATLAS, HALL & RODRIGUEZ, LLP
818 W. Pecan Blvd. (78501)
P. O. Box 3725
McAllen, Texas 78502
(956) 682-5501
(956) 686-6109 Facsimile
ATTORNEYS FOR DEFENDANT

Texas State Bar No. 24037327
Email: dramirezlaw@gmail.com
LAW OFFICE OF DENNIS RAMIREZ, PLLC
111 N. 17th St., Ste. D
Donna, Texas 78537
(956) 461-2890
(956) 287-3245 Facsimile

RENRYDER, LLC

By: _____
By: Federico R. Sandoval
Its: President

_____
Federico R. Sandoval

_____
Armandina L. Sandoval

_____
Dennis Ramirez

Texas State Bar No. 24037327 Email: dramirezlaw@gmail.com
LAW OFFICE OF DENNIS RAMIREZ, PLLC 111 N. 17th St., Ste. D
Donna, Texas 78537
(956) 461-2890
(956) 287-3245 Facsimile