IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| STEARNS BANK, N.A.,<br>Garnishor | § § § | |
| vs. | § § | CIVIL ACTION NO. _____ |
| RIO BANK, FALCON BANCSHARES, INC., FIDELITY INVESTMENTS, LONE STAR NATIONAL BANK, IBC BANK A/K/A INTERNATIONAL BANCSHARES CORPORATION and TEXAS REGIONAL BANK,<br>Garnishees | § § § § § § § § § | |

### AFFIDAVIT OF RICK A. ZUNIGA

STATE OF TEXAS § §
COUNTY OF HIDALGO §

BEFORE ME, the undersigned authority, on this day personally appeared Rick A. Zuniga, known to me, who having been duly sworn, deposes and states the following:

1. My name is Rick A. Zuniga. I am over the age of 18 years and am competent to make this Affidavit. I have never been convicted of a felony or a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated below, and such facts are true and correct.

2. I am an attorney for Stearns Bank, N.A. in this garnishment action.

3. On June 7, 2021, in United States District Court for the Southern District of Texas, McAllen Division, in a cause numbered 7:21-cv-00091, and styled *Renryder, LLC, et al v. Stearns Bank,, LLC,* Garnishor recovered a judgment (the "Judgment") against Judgment Debtors for the sum of:

    a. The sum of One Million One Hundred Forty-Five Thousand Forty-Four and 60/100ths ($1,145,044.60) as of April 6, 2021;
    b. Pre and Post Judgment interest of $173.53 per day from April 6, 2021 until paid; and

# Exhibit B

    c. Reasonable and necessary attorneys' fees and expenses in the amount of $6,000.00 for the prosecution of this case through this judgment.

4. The judgment remains unsatisfied.

5. I have personal knowledge of the facts as stated in the Garnishor's Application for Writ of Garnishment After Judgment and they are true and correct."

FURTHER AFFIANT SAYETH NOT.

_____
Rick A. Zuniga

SWORN TO and subscribed before me on this __1st__ day of September, 2021.

_____
Notary Public, and for the State of Texas



IRMA J. GARCIA
Notary Public
STATE OF TEXAS
Notary ID# 13153385-7
My Comm. Exp. 04-17-2022

Affidavit of Rick A. Zuniga – Page 2