IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **STEARNS BANK, N.A.,** § | | |
| Garnishor § | | |
| § | | |
| vs. § | CIVIL ACTION NO. _____ | |
| § | | |
| **RIO BANK, FALCON BANCSHARES,** § | | |
| **INC., FIDELITY INVESTMENTS, LONE** § | | |
| **STAR NATIONAL BANK, IBC BANK** § | | |
| **A/K/A INTERNATIONAL** § | | |
| **BANCSHARES CORPORATION and** § | | |
| **TEXAS REGIONAL BANK,** § | | |
| Garnishees § | | |

## ORDER ON APPLICATION FOR
## WRIT OF GARNISHMENT AFTER JUDGMENT

On this the _____ day of _____, 2021, the application and evidence of Stearns Bank, N.A. in this cause, for issuance of a writ of garnishment came for consideration.

After considering the pleadings and other papers on file with the Court, the Court finds and concludes that Garnishor is entitled to a writ of garnishment after judgment. The Court finds that Stearns Bank counter-sued Renryder, LLC, Fred Rene Sandoval and Armandina Fuentes Sandoval for a debt that is just, due, and unpaid, that Garnishor obtained a judgment against Renryder, LLC, Fred Rene Sandoval and Armandina Fuentes Sandoval for such debt as follows:

1. The sum of One Million One Hundred Forty-Five Thousand Forty-Four and 60/100ths ($1,145,044.60) as of April 6, 2021;
2. Pre and Post Judgment interest of $173.53 per day from April 6, 2021 until paid; and
3. Reasonable and necessary attorneys' fees and expenses in the amount of $6,000.00 for the prosecution of this case through this judgment.

The Court further finds that such judgment is valid and subsisting, and that Renryder, LLC, Fred Rene Sandoval and Armandina Fuentes Sandoval do not possess property in Texas subject to execution sufficient to satisfy the debt or judgment. The Court further finds that the garnishment is not sought to injure Renryder, LLC, Fred Rene Sandoval, Armandina Fuentes Sandoval or the Garnishees.

**IT IS, THEREFORE, ORDERED** that the clerk issue a writ of garnishment that commands RIO BANK, FALCON BANCSHARES, INC., FIDELITY INVESTMENTS,

LONE STAR NATIONAL BANK, IBC BANK A/K/A INTERNATIONAL BANCSHARES CORPORATION and TEXAS REGIONAL BANK, as Garnishees, to appear as required by law and answer on oath what, if anything, the Garnishees are indebted to Renryder, LLC, Fred Rene Sandoval and/or Armandina Fuentes Sandoval, and were when the writ was served and what effects, if any, of Renryder, LLC, Fred Rene Sandoval and/or Armandina Fuentes Sandoval the Garnishees possess and did possess when this writ was served, and what other persons, if any, within the garnishees' knowledge are indebted to or have effects belonging to Renryder, LLC, Fred Rene Sandoval and/or Armandina Fuentes Sandoval.

**IT IS, THEREFORE, ORDERED** that the clerk issue a writ of garnishment that commands RIO BANK, FALCON BANCSHARES, INC., FIDELITY INVESTMENTS, LONE STAR NATIONAL BANK, IBC BANK A/K/A INTERNATIONAL BANCSHARES CORPORATION and TEXAS REGIONAL BANK, as Garnishees, to appear as required by law and answer on oath what, if anything, the garnishees are indebted to Renryder, LLC, Fred Rene Sandoval and/or Armandina Fuentes Sandoval and were when the writ was served and what effects, if any, of Renryder, LLC, Fred Rene Sandoval and/or Armandina Fuentes Sandoval the Garnishees possess and did possess when this writ was served, and what other persons, if any, within the Garnishees' knowledge are indebted to or have effects belonging to Renryder, LLC, Fred Rene Sandoval and/or Armandina Fuentes Sandoval.

**IT IS FURTHER ORDERED** that the maximum value of property or indebtedness that may be garnished is $1,145,044.60 as of April 6, 2021, with pre and post Judgment interest of $173.53 per day from April 6, 2021 until paid, plus $6,000.00 in attorneys' fees and expenses. Further, the writ shall command the Garnishees **NOT** to pay Renryder, LLC, Fred Rene Sandoval and/or Armandina Fuentes Sandoval any debt or to deliver any effects, pending further order of this Court, without retaining property of Renryder, LLC, Fred Rene Sandoval and/or Armandina Fuentes Sandoval in an amount sufficient to satisfy and equal the maximum value of property or indebtedness that may be garnished as above ordered.

**SIGNED** this _____ day of _____, 2021.

_____
US DISTRICT JUDGE